**Motion Granted; Dismissed and Memorandum Opinion filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00688-CV

### SUBURBAN FARMS, INC. AND
### PARK ON WESTVIEW APARTMENTS, LP, Appellants

### V.

### CHAMPION ENERGY SERVICES, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1002750**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 23, 2013. On September 9, 2013, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and Donovan.